[No. 46153-2-I. Division One. April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON E. BUTSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02011-6, George N. Bowden, J., entered March 7, 2000. *Affirmed* by unpublished per curiam opinion.

[Nos. 46178-8-I; 46223-7-I. Division One. April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GARY, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 99-1-05179-0 and 98-1-10003-8, Ronald Kessler, J., entered February 10, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 46213-0-I. Division One. April 23, 2001.]

*In the Matter of the Marriage of* MICHELLE M. NEUMANN, *Appellant*, and CHARLES R. NEUMANN, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-3-00487-6, Susan K. Cook, J., entered January 26, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46298-9-I. Division One. April 23, 2001.]

JOHN PETERSON, ET AL., *Appellants*, v. THE CITY OF MERCER ISLAND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-01393-0, Larry A. Jordan, J., entered March 17, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Cox, JJ.